UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION
Case No. 2:00-0020

In the Matter of the Complaint of
Shelly Materials, Inc. as owner of the
M/V DIRK TAYLOR, Official No. 608017,
for Exoneration From or Limitation of Liability



## REQUEST FOR ENTRY OF DEFAULT

Shelly Materials, Inc. requests the Court to enter a default against any and all potential claimants and/or other interested parties in this proceeding, other than William Joseph Dapper and Kathy Jenne, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, for their failure to plead or otherwise defend as to the above-captioned action as appears from the attached affidavit.

RESPECTFULLY SUBMITTED, this the _____ day of April, 2000.

FLAHERTY, SENSABAUGH & BONASSO
P.O. Box 3843
Charleston, West Virginia
(304) 347-4209
(304) 345-0260 (Fax)

and

GAULT, MARSHALL & MILLER, PLLC
P.O. Box 30
Paducah, KY 42002-0030
(270) 442-1900
(270) 442-8247 (fax)

By: _____
E. Spivey Gault

Attorneys for Shelly Materials, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served by U.S. Mail, postage prepaid, to the following parties on this ___ day of April, 2000:

Scott E. Stewart, Esq.
Stewart and DeChant Co., L.P.A.
The Standard Building
1370 Ontario Street, Suite 1440
Cleveland, OH 44113-1701
Attorney for William Joseph Dapper
and Kathy Jenne

_____
Attorney for Shelly Materials, Inc.

## AFFIDAVIT

Being first duly sworn, E. Spivey Gault states:

1. I am a partner of the law firm of Gault, Marshall & Miller, PLLC;

2. I am duly authorized as one of the attorneys of record for Plaintiff-in-Limitation, Shelly Materials, Inc., and have personal knowledge of the facts set forth herein;

3. Plaintiff-in-Limitation filed a Complaint for Exoneration from or Limitation of Liability with this Court on January 10, 2000, and this Court issued its Order directing that notice of the filing of the Complaint be given to all potential claimants by publication in The Charleston Daily Mail and ordering that any persons claiming interest in the proceeding to file a claim for damages or losses on or before the 10th day of April, 2000;

4. On January 17, 2000, Plaintiff-in-Limitation caused copies of Notice of Filing of Complaint Seeking Exoneration from or Limitation of Liability in Civil Action No. 2:00-0020 to be served by United States mail, certified with return receipt requested, on Scott E. Stewart, Esq., Attorney for William Joseph Dapper and Kathy Jenne (See Exhibit A);

5. Plaintiff-in-Limitation further caused the publication of Notice of Filing Complaint Seeking Exoneration from or Limitation of Liability in The Charleston Daily Mail newspaper (see Affidavit of Publication attached hereto as Exhibit B);

6. As of this date, William Joseph Dapper and Kathy Jenne are the only parties having filed a claim and/or answer in this proceeding;

7. The undersigned is not aware of any claimants having a potential claim or other interest in this proceeding. If there are any, they have failed to answer or otherwise defend as to the Complaint or to serve copies of any claims or other defenses that they

might have had upon either Flaherty, Sensabaugh & Bonasso or Gault, Marshall & Miller, PLLC, Attorneys for Plaintiff-in-Limitation; and

8. This Affidavit is executed by affiant in accordance with Rule 55(a) of the Federal Rules of Civil Procedure for the purpose of enabling Plaintiff-in-Limitation to obtain an entry of default against all other persons for their failure to file claims or answers to the aforementioned Complaint.

_____
E. Spivey Gault

STATE OF KENTUCKY

COUNTY OF MCCRACKEN

The foregoing instrument was SUBSCRIBED AND SWORN TO before me, ___Kim Adams___, a notary public in the State of Kentucky, by E. Spivey Gault, on this the _24_ day of April, 2000.

My Commission Expires: _____

_____
NOTARY PUBLIC

LAW OFFICES

## GAULT, MARSHALL & MILLER

THE CENTER FOR MARITIME EDUCATION BUILDING

129 SOUTH WATER STREET
P. O. BOX 30
PADUCAH, KENTUCKY 42002-0030
E-MAIL ADDRESS gmm@gaultlaw.com

E. SPIVEY GAULT[1]
CARL J. MARSHALL[1]
BOBBY R. MILLER, JR.
L. LANSDEN KING

[1] ALSO ADMITTED IN MS

TELEPHONE (270) 442-1900
FACSIMILE (270) 442-8247

January 17, 2000

**VIA CERTIFIED MAIL
RETURN RECEIPT REQUESTED**

Scott E. Stewart, Esq.
Stewart and DeChant Co., L.P.A.
The Atrium Office Plaza, Suite 850
668 Euclid Avenue
Cleveland, OH 44114-3060

RE: **In the Matter of the Complaint of Shelly Materials, Inc. as owner of the M/V DIRK TAYLOR, Official No. 608017, for Exoneration From or Limitation of Liability, United States District Court, Southern District of West Virginia, Charleston Division, Case No. 2:00-0020**

Dear Mr. Stewart:

Consistent with the Court's Order and the applicable rules, I am enclosing a copy of the Notice issued by the Clerk of the United States District Court for the Southern District of West Virginia, Charleston Division, advising that Shelly Materials, Inc. has filed a Complaint seeking exoneration from or limitation of liability in that Court. Additionally, I am enclosing copies of the Complaint itself and the Order directing Issuance of Notice and Restraining Suits.

If you have any questions, please give me a call.

Yours very truly,

E. Spivey Gault

E. Spivey Gault

ESG/sc

Enclosures

**EXHIBIT A**

| SENDER: DAPPZS | | I also wish to receive the following services (for an extra fee): |
|---|---|---|
| ☐ Complete items 1 and/or 2 for additional services.<br>☐ Complete items 3, 4a, and 4b.<br>☐ Print your name and address on the reverse of this form so that we can return this card to you.<br>☐ Attach this form to the front of the mailpiece, or on the back if space does not permit.<br>☐ Write "Return Receipt Requested" on the mailpiece below the article number.<br>☐ The Return Receipt will show to whom the article was delivered and the date delivered. | | 1. ☐ Addressee's Address<br>2. ☐ Restricted Delivery |
| 3. Article Addressed to:<br><br>SCOTT E STEWART ESQ<br>STEWART AND DECHANT CO LPA<br>THE ATRIUM OFFICE PLAZA<br>SUITE 850<br>668 EUCLID AVENUE<br>CLEVELAND OH 44114-3060 | 4a. Article Number<br>Z 206 669 560<br>4b. Service Type<br>☐ Registered ☒ Certified<br>☐ Express Mail ☐ Insured<br>☒ Return Receipt for Merchandise ☐ COD<br>7. Date of Delivery<br>JAN 2 4 | |
| 5. Received By: (Print Name) | 8. Addressee's Address (Only if requested and fee is paid) | |
| 6. Signature (Addressee of Agent) | | |

PS Form 3811, December 1994     102595-99-B-0223     Domestic Return Receipt

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION
Case No. 2:00 - 0020

In the Matter of the Complaint of
Shelly Materials, Inc. as owner of the
M/V DIRK TAYLOR, Official No. 608017,
for Exoneration From or Limitation of Liability

## NOTICE OF PUBLICATION

**PLEASE TAKE NOTICE** that Shelly Materials, Inc. owner of the M/V Dirk Taylor caused to be published the attached Legal Notice in the Charleston Newspapers on February 19, 2000, February 26, 2000, March 4, 2000 and April 8, 2000. (See affidavit of service attached as Exhibit A).

_____
David S. Givens, WV Bar No. 6319
Scott H. Kaminski, WV Bar No. 6338
Flaherty, Sensabaugh & Bonasso, PLLC
P. O. Box 3843
Charleston, WV 25338-3843
(304) 345-0200



RECEIVED APR 24 2000

EXHIBIT

04/03/00  11:32  ☎304 348 1239      CN ACCOUNTING                              ☒002



**CHARLESTON NEWSPAPERS**
P.O. Box 2993
Charleston, West Virginia 25330
Billing 348-4898
Classified 348-4848
1-800-WVA-NEWS

**LEGAL ADVERTISING INVOICE**

| INVOICE DATE | 03/06/00 | M |
|---|---|---|
| ACCOUNT NBR | 078360004 | |
| SALES REP ID | 0016 | |
| INVOICE NBR | 719100001 | |

BILLED TO:
FLAHERTY SENSABAUGH AND
BONASSO
200 CAPITOL STREET
CHARLESTON          WV    25338

Please return this portion with your payment.        AMOUNT PAID: _____
Make checks payable to: Charleston Newspapers



**CHARLESTON NEWSPAPERS**
P.O. Box 2993
Charleston, West Virginia 25330
Billing 348-4898
Classified 348-4848
1-800-WVA-NEWS
FEIN 55-0676079

| INVOICE DATE | 03/06/00 |
|---|---|
| ACCOUNT NBR | 078360004 |
| SALES REP ID | 0016 |
| INVOICE NBR | 719100001 |

Legal pricing is based upon 63 words per column inch at a rate of $.0925 per word.
Each successive insertion is discounted by 25% of the first insertion rate ($.069375 per word).

| ISSUE DATE | AD TYPE | PUB | DESCRIPTION / REFERENCE NBR / PURCHASE ORDER | PO NUMBER | AFFID / INSERTION | RATE | GROSS AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 02/19 | LEGF | GZ | SHELLY MATERIALS INC<br>719100001 | L433284 | 1X0788<br>7.88 | 5.82 | 45.87 | 45.87 |
| 02/26 | LEGR | GZ | SHELLY MATERIALS INC<br>719100002<br>LEGAL DISCOUNT 25% | | 1X0788<br>7.88 | 5.82 | 45.87<br>11.47- | 34.40 |
| 03/04 | LEGR | GZ | SHELLY MATERIALS INC<br>719100003<br>LEGAL DISCOUNT 25% | | 1X0788<br>7.88 | 5.82 | 45.87<br>11.47- | 34.40 |

State of West Virginia,    **AFFIDAVIT OF PUBLICATION**

I, _____ of _____

published in the city of Charleston, Kanawha County, West Virginia, do solemnly swear that the annexed notice of:

was duly published in said paper(s) during the dates listed below and was posted at the front door of the court house of said Kanawha County, West Virginia, on the _____ day of _____. Published during the following dates:
Subscribed and sworn to before me this _____ day of _____.
Printers fee $

Notary Public of Kanawha County, West Virginia

04/03/00  11:33  ☎304 348 1239  CN ACCOUNTING  ☒003



**CHARLESTON NEWSPAPERS**
P.O. Box 2993
Charleston, West Virginia 25330
Billing 348-4898
Classified 348-4848
1-800-WVA-NEWS

**LEGAL ADVERTISING INVOICE**

| INVOICE DATE | 03/06/00 | M |
|---|---|---|
| ACCOUNT NBR | 078360004 | |
| SALES REP ID | 0016 | |
| INVOICE NBR | 719100001 | |

BILLED TO:
FLAHERTY SENSABAUGH AND BONASSO
200 CAPITOL STREET
CHARLESTON  WV  25318

Please return this portion with your payment.
Make checks payable to: Charleston Newspapers

AMOUNT PAID: _____



**CHARLESTON NEWSPAPERS**
P.O. Box 2993
Charleston, West Virginia 25330
Billing 348-4898
Classified 348-4848
1-800-WVA-NEWS
FEIN 55-0676079

| INVOICE DATE | 03/06/00 |
|---|---|
| ACCOUNT NBR | 078360004 |
| SALES REP ID | 0016 |
| INVOICE NBR | 719100001 |

Legal pricing is based upon 63 words per column inch at a rate of $.0925 per word.
Each successive insertion is discounted by 25% of the first insertion rate ($.069375 per word).

| ISSUE DATE | AD TYPE | PUB | DESCRIPTION REFERENCE NBR PURCHASE ORDER # | AD NUMBER | AD SIZE TOTAL RUN | RATE | GROSS AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | TOTAL INVOICE AMOUNT | | | | | 114.67 |

State of West Virginia,  **AFFIDAVIT OF PUBLICATION**

I, _Mindy Wilkinson_ of

THE CHARLESTON GAZETTE, A DAILY DEMOCRATIC NEWSPAPER,
published in the city of Charleston, Kanawha County, West Virginia, do solemnly swear that the annexed notice of:
SHELLY MATERIALS INC
was duly published in said paper(s) during the dates listed below, and was posted at the front door of the court house of said Kanawha County
West Virginia, on the 21ST day of FEBRUARY  2000. Published during the following dates: 02/19/00-03/04/00
Subscribed and sworn to before me this _____ day of _____
Printers fee $ 114.67

Notary Public of Kanawha County, West Virginia

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
LYNN R. FIELDER
3245 PUTNAM AVE.
HURRICANE, WV 25526
My Commission Expires December 11, 2006

# CHARLESTON NEWSPAPERS
P.O. Box 2993
Charleston, West Virginia 25330
Billing 348-4898
Classified 348-4848
1-800-WVA-NEWS
FEIN 55-0676079

| INVOICE DATE | 04/10/00 |
| --- | --- |
| ACCOUNT NBR | 078360004 |
| SALES REP ID | 0016 |
| INVOICE NBR | 728857001 |

Legal pricing is based upon 63 words per column inch at a rate of $.0925 per word.
Each successive insertion is discounted by 25% of the first insertion rate ($.069375 per word).

| ISSUE DATE | AD TYPE | PUB | DESCRIPTION REFERENCE NBR PURCHASE ORDER # | AD NUMBER | AD SIZE TOTAL RUN | RATE | GROSS AMOUNT | NET AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 04/08 | LEG | GZ | SHELLY MATERIALS 728857001 | L433763 | 1X0850 8.50 | 5.82 | 49.47 | 49.47 |

TOTAL INVOICE AMOUNT  49.47

## AFFIDAVIT OF PUBLICATION

State of West Virginia

LEGAL NOTICE
UNITED STATES
DISTRICT COURT
SOUTHERN DISTRICT
OF
WEST VIRGINIA
CHARLESTON
DIVISION

In the Matter of the Complaint of Shelly Materials, Inc., owner of the M/B DIRK TAYLOR, Official No. 608017, for Exoneration From or Limitation of Liability

NOTICE OF FILING OF COMPLAINT SEEKING EXONERATION FROM OR LIMITATION OF LIABILITY

NOTICE IS HEREBY GIVEN that Shelly Materials, Inc., owner of the M/V DIRK TAYLOR, has filed a Complaint seeking exoneration from or limitation of liability pursuant to Title 46 USC Section 181, et seq., of the United States Code.

YOU ARE FURTHER NOTIFIED that Shelly Materials, Inc., by filing such Complaint, seeks and Order exonerating it from all liability for claims, losses and damages arising out of or attributable to the injury of William Joseph Dapper, which occurred on or about September 4, 1999, while a guest aboard the M/V DIRK TAYLOR, which was moored on the Kanawha River at approximately Mile 58.3 in Charleston, WV.

All firms, persons, or [text continues]

Printers fee $  49.47
Subscribed and sworn at the front door of the court house of said Kanawha County, filed during the following dates: 04/08/00 - 04/08/00

[signature: Robin Clark]
Notary Public of Kanawha County, West Virginia

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
Robin J. Clark
107 - 121st Street
Chesapeake, WV 25315
My Commission Expires November 5, 2007

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**
**Case No. 2:00 - 0020**

**In the Matter of the Complaint of**
**Shelly Materials, Inc. as owner of the**
**M/V DIRK TAYLOR, Official No. 608017,**
**for Exoneration From or Limitation of Liability**

### CERTIFICATE OF SERVICE

I, Scott H. Kaminski, counsel for Shelly Materials, Inc. owner of the M/V Dirk Taylor, do hereby certify that the **Notice of Publication** has been served upon the following counsel of record, by place a true and exact copy thereof in a properly addressed envelope on this 19th day of April, 2000:

> E. Spivey Gault, Esquire
> Gault, Marshall & Miller
> P. O. Box 30
> Paducah, KY 42002-0030
>
> Scott E. Stewart, Esqire
> Stewart & Dechant Co., LPA
> The Standard Bdg.
> 1370 Ontario St Suite 1440
> Cleveland, OH 44113-1701

_____
Scott H. Kaminski

David S. Givens, WV Bar No. 6319
Scott H. Kaminski, WV Bar No. 6338
Flaherty, Sensabaugh & Bonasso, PLLC
P O Box 3843
Charleston, WV 25338-3843
(304) 345-0200