UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION
Case No. 2:00-0020



SAMUEL L. KAY, CLERK
District & Bankruptcy

In the Matter of the Complaint of
Shelly Materials, Inc. as owner of the S
M/V Dirk Taylor, Official No. 608017,
for Exoneration From of Limitation of Liability

## MOTION FOR ADMISSION
## *PRO HAC VICE*
## OF SCOTT E. STEWART

William J. Dapper, comes now by his counsel, Nancy C. Hill and moves the Court pursuant to Rule 2.02 of the Local Rules of General Practice and seeks the admission *pro hac vice* of Scott E. Stewart as counsel in this action. In support of such motion, attached hereto and made part hereof are the "Verified Statement of Application for Pro Hac Vice Admission of Scott E. Stewart" and "Consent to Designation of Sponsoring Attorney" of Nancy C. Hill in accordance with Rule 2.02.

Nancy C. Hill, WV Bar No. 1732
Winter Johnson & Hill
P.O. Box 2187, Charleston
West Virginia 25328