

FILED

MAR 21 2001

SAMUEL L. KAY, CLERK
U.S. District & Bankruptcy Courts

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION
Case No. 2:00-0200

In the Matter of the Complaint of
Shelly Materials, Inc. as Owner of the
M/V DIRK TAYLOR, Official No. 608017,
for Exoneration From or Limitation of Liability

### WILLIAM JOSEPH DAPPER AND KATHY JENNE'S MOTION FOR LEAVE TO REPLY TO SHELLY MATERIALS, INC.'S MOTION TO STRIKE JURY

Dapper and Jenne, by and through counsel, respectfully request that this Court grant Dapper and Jenne leave to file a reply to Defendant, Shelly Materials, Inc.'s Motion to Strike Jury. A copy of Dapper and Jenne's Reply Brief is attached hereto.

WHEREFORE, Dapper and Jenne respectfully request that the Court grant them leave to reply to Shelly Materials, Inc.'s Motion to Strike Jury

RESPECTFULLY SUBMITTED, this ___ day of _____, 2001.

>WINTER, JOHNSON & HILL, P.L.L.C.
>Nancy C. Hill
>P. O. Box 2187
>Charleston, WV 25328-2187
>
>STEWART AND DeCHANT CO., L.P.A.
>Attorneys for William Joseph Dapper and
>Kathy Jenne
>
>By: _____
>Scott E. Stewart (0015022)
>1370 Ontario Street, Suite 1440
>Cleveland, OH 44113-1701
>(216) 781-2258
>(216) 781-8210 FAX

### CERTIFICATE OF SERVICE

A copy of the foregoing Dapper and Jenne's Motion for Leave to Reply to Shelly Materials, Inc.'s Motion to Strike Jury has been served, by regular U.S. mail, on this ___ day of _____, 2001:

>Scott H. Kaminski, Esq.
>Flaherty, Sensabaugh & Bonasso
>P.O. Box 3843
>Charleston, WV 25338-3843
>
>E. Spivey Gault, Esq.
>Gault, Marshall & Miller
>P.O. Box 30
>Paducah, KY 42002-0030

_____
Scott E. Stewart (0015022)
Counsel for Dapper and Jenne